UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>                              **Plaintiff,**<br><br>-against-<br><br>**DHARMA TEJA NUKARAPU,**<br>**SHARKDREAMS, INC. (A/K/A FELLOW), and**<br>**D DOLLAR, INC.**<br><br>                              **Defendants.** | **Case No. 5:23-CV-503-M-RN** |

## JOINT MOTION TO STAY PRETRIAL DEADLINES

      Plaintiff Securities and Exchange Commission ("SEC") and Defendants Dharma Teja Nukarapu, SharkDreams, Inc., and D Dollar, Inc. ("Defendants" and, collectively, the "Parties") respectfully request that all pretrial deadlines be stayed for 90 days because the Parties have reached settlement agreements, in principle, that would completely conclude the litigation in this matter. The agreements in principle are subject to the approval of the SEC's Commissioners, which the staff assigned to this case must seek through a formal process that typically takes two months. The Parties therefore believe it would conserve judicial and party resources to stay the current pretrial deadlines and allow time to finalize the agreements the Parties have reached in principle.

Respectfully submitted,

    */s/ Carina Cuellar*
Carina Cuellar (CA Bar No. 244578)
Peter Lallas (NY Bar No. 4290623)
cuellarc@sec.gov
(202) 551-6414 (Cuellar)
lallasp@sec.gov
(202) 256-3900 (Lallas)
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
100 F. Street, NE
Washington D.C. 20549


*/s/ J.D. Hensarling*
Jon D. Hensarling, N.C. Bar No. 36526
Ian S. Richarson, N.C. Bar No. 48045
James R. Vann, N.C. Bar No. 18740
1720 Hillsborough St., Ste. 200
Raleigh, NC 27605
Telephone: (919) 510-8585
Facsimile: (919) 510-8570
jdhensarling@vannattorneys.com
irichardson@vanattorneys.com
jrvann@vannattorneys.com
*Local Civil Rule 83.1(d) Attorneys for Dharma Teja Nukarapu; SharkDreams, Inc. (a/k/a Fellow); and D Dollar, Inc.*


NOVA IP LAW, PLLC

*/s/ Michael C. Whitticar*
Michael C. Whitticar. V.S.B. No. 32968
155 Broadview Avenue, Suite 200
Warrenton, VA 20186
Telephone: (571) 386-2980
Facsimile: (855) 295-0740
Email: mikew@novaiplaw.com
*Attorneys for Dharma Teja Nukarapu; SharkDreams, Inc. (a/k/a Fellow); and D Dollar, Inc.*

2