UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                              **Plaintiff,**<br><br>-against-<br><br>DHARMA TEJA NUKARAPU, SHARKDREAMS, INC. (A/K/A FELLOW), and D DOLLAR, INC.<br><br>                              **Defendants.** | Case No. 5:23-CV-503-M-RN |

## JOINT MOTION FOR ENTRY OF PROPOSED FINAL JUDGMENTS AGAINST DEFENDANTS

Plaintiff Securities and Exchange Commission ("SEC") and Defendants Dharma Teja Nukarapu, SharkDreams, Inc. and D Dollar, Inc. (collectively "Defendants") move that this Court enter the attached proposed Final Judgments as to each of the Defendants ("Judgments"). The SEC and the Defendants have agreed to all terms in the Judgments. In support of this motion, the Commission has attached the Consents signed by Defendants that memorialize their agreements to the terms of the Judgments.

WHEREFORE, the parties respectfully request that the Court enter the attached proposed Judgments as to the Defendants.

1

Respectfully submitted,

     */s/ Carina Cuellar*
Carina Cuellar (CA Bar No. 244578)
Peter Lallas (NY Bar No. 4290623)
cuellarc@sec.gov
lallasp@sec.gov
(202) 551-6414 (Cuellar)
(202) 256-3900 (Lallas)
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
100 F. Street, NE
Washington D.C. 20549


*/s/ J.D. Hensarling*
Jon D. Hensarling, N.C. Bar No. 36526
Ian S. Richarson, N.C. Bar No. 48045
James R. Vann, N.C. Bar No. 18740
1720 Hillsborough St., Ste. 200
Raleigh, NC 27605
Telephone: (919) 510-8585
Facsimile: (919) 510-8570
jdhensarling@vannattorneys.com
irichardson@vanattorneys.com
jrvann@vannattorneys.com
*Local Civil Rule 83.1(d) Attorneys for Dharma Teja Nukarapu; SharkDreams, Inc. (a/k/a Fellow); and D Dollar, Inc.*


NOVA IP LAW, PLLC

*/s/ Michael C. Whitticar*
Michael C. Whitticar. V.S.B. No. 32968
155 Broadview Avenue, Suite 200
Warrenton, VA 20186
Telephone: (571) 386-2980
Facsimile: (855) 295-0740
Email: mikew@novaiplaw.com
*Attorneys for Dharma Teja Nukarapu; SharkDreams, Inc. (a/k/a Fellow); and D Dollar, Inc.*

2